**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN ROSSMAN, Individually and For Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EN ENGINEERING, LLC, <br><br> Defendant. | Case No. 1:19-cv-5768 <br><br> Honorable Edmond E. Chang <br><br> Magistrate Judge Jeffrey Cole |

### KOEHLER DINKEL LLC'S MOTION JOINING DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PROHIBIT DISCOVERY OF PRIVILEGED AND IRRELEVANT DOCUMENTS AND TO QUASH SUBPOENA

Subpoena Respondent Koehler Dinkel LLC ("KD"), by and through its attorneys, Swanson Martin & Bell, LLP, in joining EN Engineering, LLC's Motion for Protective Order to Prohibit Discovery of Privileged And Irrelevant Documents And To Quash Subpoena ("Motion to Quash") (ECF Nos. 89, 90 and 92) as to the Subpoena Plaintiff served on KD, hereby incorporates by reference the facts, legal arguments, and relief requested in Defendant's Motion to Quash, Memorandum of Law in Support, and the supporting documents, as if set forth herein.

**WHEREFORE**, for the reasons stated in Defendant EN Engineering, LLC's Motion to Quash and the supporting documents, KD respectfully requests that this Court grant the relief requested in Defendant's Motion to Quash (ECF Nos. 89, 90 and 92) in its entirety.

DATED: May 7, 2020                    Respectfully submitted,

                                              /s/ T. Allon Renfro_____

David E. Kawala

Catherine Basque Weiler
T. Allon Renfro (#6309991)
**SWANSON, MARTIN & BELL, LLP** 330 North Wabash, Suite 3300
Chicago, Illinois 60611
 (312) 321-9100
(312) 321-0990 fax
dkawala@smbtrials.com  cweiler@smbtrials.com
trenfro@smbtrials.com
*Attorneys for*
*Koehler Dinkel LLC*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, on oath, state that I filed the foregoing electronically and served it on counsel of record by service through the CM/ECF electronic filing system on this 7th day of May 2020

/s/ T. Allon Renfro

David E. Kawala
Catherine Basque Weiler
T. Allon Renfro
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 fax
dkawala@smbtrials.com
cweiler@smbtrials.com
trenfro@smbtrials.com